

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00277-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**BANK OF AMERICA, N.A.**, Chase Bank, Bank of New York Mellon, Wells Fargo Bank,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17695B
The Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Appellant has filed a motion, noting she was mistaken in a prior filing and asking this court to allow her to maintain her right of appeal. We grant appellant's request and remind appellant that the appellant's brief in this appeal is due November 16, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court